UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEWIS PETTY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0975** |
| **ST. CHARLES PARISH JAIL, ET AL.** | **SECTION "I"(4)** |

### O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lewis Petty's § 1983 claims against the St. Charles Parish Jail, Warden John Nowak, and Sheriff Greg Champagne be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 23rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE